UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** Camden

**JUDGE CHRISTINE P. O'HEARN**

**COURT REPORTER:** Meta Goddard
**OTHER:** Richard Antonison, U.S. Probation

**DATE OF PROCEEDING:** 6/6/25

**DOCKET NO.** 22-cr-702 (CPO)

**TITLE OF CASE:**

UNITED STATES OF AMERICA

v.

ANNA KLINE

**APPEARANCES:**
Andrew Kogan, AUSA for the Government
Michael Huff, Esquire for Defendant *(Defendant Present)*

**NATURE OF PROCEEDINGS:   SENTENCE ON A 19 COUNT INDICTMENT**
Hearing on Defendant's request for new counsel.
Ordered courtroom sealed.
Ordered courtroom unsealed.
Ordered Defendant's request for new counsel DENIED.

Hearing on government's oral request to dismiss counts 3-19.
Ordered counts 3-19 dismissed.

**SENTENCE:** Imprisonment for a term of 120 months on each of counts 1 and 2 to be served concurrently.
**SUPERVISED RELEASE:** For a term of 3 years on each of counts 1 and 2, all such terms to be served concurrently with special conditions.
**SPECIAL ASSESSMENT:** $200.00.
**RESTITUTION:** 3,403,000.00.
**FINE:** Waived.

Defendant advised of her right to appeal.
Defendant remanded to the custody of the U.S. Marshal Service.

Time Commenced:   1:15pm
Time Adjourned:    2:50pm
**Total Time:**        **1 Hour and 35 Minutes**

*/s/ Haley E. Minix*
DEPUTY CLERK